**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000795
09-JAN-2025
08:48 AM
Dkt. 31 OGMD**

NO. CAAP-24-0000795

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION, AS TRUSTEEE ON BEHALF OF THE HIS ASSET SECURITIZATION CORPORATION TRUST 2007-NC1, Plaintiff-Appellee,
v.
JOHN LYON DUDOIT, JR.; DEBORAH ANN DUDOIT, Defendants-Appellees,
and
SOLARCITY CORPORATION; PALEHUA COMMUNITY ASSOCIATION, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES; 1-50; AND DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC141002171)

ORDER
(By: Nakasone, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Plaintiff-Appellee Deutsche Bank National Trust Company, a National Banking Association, as Trustee on Behalf of the HIS Asset Securitization Corporation Trust 2007-NC1's (**Deutsche Bank**) Motion to Dismiss Appeal, filed December 26, 2024, the papers in support, and the record, it appears that Deutsche Bank seeks dismissal of the appeal filed by self-represented Defendants-Appellants John Lyon Dudoit Jr. and Deborah Ann Dudoit (**Dudoits**) from the Circuit Court of the First

Circuit's minute order entered November 13, 2024 (**Minute Order**), and its "decision, if any, adopting" Deutsche Bank's proposed "Order Granting Plaintiff's Motion for Confirmation of Sale, Distribution of Proceeds, and for Writ of Ejectment Filed December 1, 2023" (**Confirmation Order**) for lack of jurisdiction.

Deutsche Bank's motion has merit. The Minute Order is not appealable, nor will it be a final, appealable order or judgment after it is reduced to a formal, written order. Hawaiʻi Revised Statutes § 641-1(a) (2016); Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994); Abrams v. Cades, Schutte, Fleming & Wright, 88 Hawaiʻi 319, 321, 966 P.2d 631, 633 (1998). The Confirmation Order and its corresponding Hawaiʻi Rules of Civil Procedure Rule 54(b) Judgment were entered on May 9, 2024. Though the May 9, 2024 Judgment is appealable, the Dudoits filed the November 20, 2024 Notice of Appeal more than thirty days after its entry, which is outside of the deadline set forth in Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1). The record does not indicate that the Dudoits received an extension of time to appeal under HRAP Rule 4(a)(4), or that the deadline was otherwise tolled by a timely-filed post-judgment motion under HRAP Rule 4(a)(3). Compliance with the requirement of timely filing a notice of appeal is jurisdictional. Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, January 9, 2025.

/s/ Karen T. Nakasone
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge